ORIGINAL

FILED

01/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0346

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0346

_____

MATHEW RYAN AILER,

Petitioner and Appellant,

v.

ORDER

STATE OF MONTANA,

Respondent and Appellee.

_____

FILED

JAN 17 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Pursuant to Appellant Matthew Ryan Ailer's fifth motion for extension to of time to file his opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until February 21, 2023, to file his opening brief.

DATED this 17 day of January, 2023.

For the Court,

_____
Chief Justice